### Commonwealth *v.* Arnold, Appellant.

Submitted April 10, 1972. *Dante G. Bertani* and *Daniel J. Ackerman,* Assistant Public Defenders, for appellant; *Albert M. Nichols,* Assistant District Attorney, and *John N. Scales,* District Attorney, for Commonwealth, appellee.

Order affirmed.

### Commonwealth *v.* Booth, Appellant.

Submitted April 10, 1972. *J. Graham Sale, Jr.* and *John J. Dean,* Assistant Public Defenders, and *George H. Ross,* Public Defender, for appellant; *Carol Mary Los,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.

### Commonwealth *v.* Brown, Appellant.

Submitted April 10, 1972. *Michael Carr,* for appellant; *Bernard L. Siegel,* First Assistant District Attorney, and *R. Gordon Kennedy,* District Attorney, for Commonwealth, appellee.

Order affirmed.